ORIGINAL

[FILED MAY -1 2006 U.S. DISTRICT COURT DISTRICT OF DELAWARE]

BD scanned

TO: United States District Court / Office of the clerk
From: Jacqueline D. Berry
Case # 1:06-cv-217 GMS
Date: April 26, 2006
Subject: Request for Attorney Representation

To Whom this may concern:

I Jacqueline D. Berry are requesting attorney Representation by the U.S. District Court having jurisdiction in my case. I have not been able to obtain an lawyer when State of De/Defendant is disclosed as Defendant to local attorneys.

Jacqueline Berry

*This packaging is the property of the U.S. Postal Service and is provided solely for use in sending Express Mail. Misuse may be a violation of federal law.*

## USPS Express Mail Label

**CALL 1-800-222-1811 FOR PICKUP**

LHHMLU12
APR 27 06
AMOUNT
**$14.40**
00066977-14

**EXPRESS MAIL** — Post Office To Addressee
Mailing Label — Label 11-B, March 2004

### Delivery (Postal Use Only)
- Delivery Attempt: Mo. __ Day __ Time __ AM/PM — Employee Signature
- Delivery Attempt: Mo. __ Day __ Time __ AM/PM — Employee Signature
- Delivery Date: Mo. __ Day __ Time __ AM/PM — Employee Signature

### Customer Use Only
- PAYMENT BY ACCOUNT — Express Mail Corporate Acct. No.
- Federal Agency Acct. No. or Postal Service Acct. No.
- WAIVER OF SIGNATURE
- NO DELIVERY — Weekend / Holiday

**TO:** (PLEASE PRINT)   PHONE ( )

Office of the Clerk
United States District Court
844 N. King Street Lockbox 18
Wilmington, Delaware 19801-3570

ZIP+4: 1 9 8 0 1 +

### Origin (Postal Service Use Only)
- PO ZIP Code: 28225
- Day of Delivery: Next ☐  2nd ☐  2nd Del. Day ☐
- Date Accepted: Mo. 4  Day 27  Year 06
- Scheduled Date of Delivery: 4-28-06
- Scheduled Time of Delivery: Noon ☐  3 PM ☐
- Time Accepted: 1:00  ☐ AM  ☒ PM
- Military: 2nd Day ☐  3rd Day ☐
- Flat Rate ☐ or Weight: 3 lbs __ ozs.
- Int'l Alpha Country Code: __
- Postage: $14.40
- Return Receipt Fee: __
- COD Fee: __
- Insurance Fee: __
- Total Postage & Fees: $14.40
- Acceptance Emp. Initials: DSS

EQ 247965312 US

**FROM:** (PLEASE PRINT)   PHONE (302) 399-8913

Jacqueline Berry
5018 Oak Pasture Lane
Charlotte, NC 28269

---

**FOR PICKUP OR TRACKING**
Visit www.usps.com
Call 1-800-222-1811

*PRESS HARD. YOU ARE MAKING 3 COPIES.*

*The efficient FLAT RATE ENVELOPE. You don't have to weigh the envelope... Just pack all your correspondence and documents inside and pay only the Express Mail FLAT RATE postage. Some restrictions apply. We Deliver.*

© USPS 1995