OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
DISTRICT OF DELAWARE

Peter T. Dalleo
CLERK OF COURT

LOCKBOX 18
844 KING STREET
U.S. COURTHOUSE
WILMINGTON, DELAWARE 19801
(302) 573-6170

May 8, 2006

TO: Jacqueline D. Berry
    5018 Oak Rasture Lane
    Charlotte, NC 28269

RE: *Returned Summons; 06-217(GMS)*

Dear Ms. Berry:

This office received a letter from you on 5/1/06 requesting summons to be issued in the above mentioned case. Please be advised that you have the incorrect number of days listed to answer the complaint. These summons are being returned to you. Please review Rule 4, which was given to you on 4/3/06.

I trust that this letter answers your questions concerning this matter. Nothing contained in this letter is intended to express an opinion as to the merits of any claims which you may be alleging.

Sincerely,

/bad

PETER T. DALLEO
CLERK

cc: The Honorable Gregory M. Sleet