**MEMORANDUM**

TO:     The United States District Court for the District of Delaware

FROM:   Jacqueline Berry

RE:     Civil Action No. 06 – 217   GMS

DATE:   June 14, 2006


I Jacqueline Berry is requesting for the relief amount stated in my civil action filed on March 31, 2006 for the monetary relief damages amount to be changed from $100,000 dollars to $2.5 million dollars.

This decision was based on seeking legal advisement related to the above complaint.

*Jacqueline Berry*
06/14/2006

*Delma D. Hatley*
MY COMMISSION EXPIRES
12/20/2010

FILED

JUN 15 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE