TO: Judge Gregory M. Sleet
United States District Court for the District of Delaware

FROM: Jacqueline Berry
C.A. No. 1:06-CVD-217 GMS

DATE: July 21, 2006

I, Jacqueline Berry request the District Court to grant me an extension in filing a response to the Defendants Answer to the Summons of Complaint signed and received on May 26, 2006. I am making this request due to not receiving an answer to the motion filed May 2, 2006 to be appointed Legal Counsel by the United States District Court to the Plaintiff.

*I am Requesting for this case to be heard in Federal Court, not to be dismissed.*

Jacquline Berry

cc: Mark P. Niedzielski
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

FILED
JUL 28 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

SD scanned

*Copy/ Summons Served
Receipt*


UNITED STATES
POSTAL SERVICE

Date: 05/28/2006

jacqueline berry
5018 OAK PASTURE LN
CHARLOTTE, NC 28269-1359

Dear jacqueline berry:

The following is in response to your 05/26/2006 request for delivery information on your Express Mail item number EQ52 4954 270U S. The delivery record shows that this item was delivered on 05/26/2006 at 10:41 AM in NEW CASTLE, DE 19720 to P JACKSON. The scanned image of the recipient information is provided below.

**Delivery Section**

Signature of Recipient: *P. JACKSON / P. Jackson*

Address of Recipient: *Churchman Corp Center*

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service

5018 Oak Pasture Lane
Charlotte, NC 28269

RETURN RECEIPT
REQUESTED

U.S.M.S. X-RAY

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
Lock Box 18
844 King Street
Wilmington, DE 19801




CERTIFIED MAIL

7004 2890 0003 3553 6919

U.S. POSTAGE PAID
CHARLOTTE, NC
28212
JUL 26 '06
AMOUNT
$4.64
00066977-17

19801