

# STATE OF DELAWARE
### DEPARTMENT OF JUSTICE

## CARL C. DANBERG
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19904 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

September 5, 2006

New Castle Office – Civil Division

PLEASE REPLY TO:

Jacqueline D. Berry
5018 Oak Pasture Lane
Charlotte, NC  28269

RE:   **Berry v. State of Delaware**
      C.A. No. 06-217-GMS

Dear Ms. Berry:

Enclosed you will find two copies of defendant's 1st Set of Interrogatories and Defendant's 1st Set of Production Requests directed to you.  You will also find two copies of forms for you to sign so that I may requests copies of you medical records and employment records.

I have enclosed postage paid envelope for you to return the signed authorizations for records. I will provide you with copies of all records that I collect with these authorizations.

If you have any questions, please contact me.

Very truly yours,

Marc P. Niedzielski
Deputy Attorney General

Enclosures