IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

JACQUELINE D. BERRY,

    Plaintiff

10/29/06

v.                                    C.A. NO. 06-217-GMS

STATE OF DELAWARE
DIVISION OF CHILD SUPPORT,

    Defendant.

I, Jacqueline D. Berry, request an address change to: 20 Hickory Lane, Dover, Delaware 19904.

1. I am requesting for an extension for a response to the 1st set of interrogatories.

2. I never received a response, from the United Stated District Court, for my grant of extension dated May 26, 2006.

*[signature]*

STATE OF DELAWARE
Department of Justice
/s/ MARC P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801

marc.niedzielski@state.de.us

2006 OCT 30 AM 11:20
US DISTRICT COURT
DISTRICT OF DELAWARE