**STATE OF DELAWARE**
DEPARTMENT OF JUSTICE



**CARL C. DANBERG**
Attorney General

| NEW CASTLE COUNTY | KENT COUNTY | SUSSEX COUNTY |
|---|---|---|
| Carvel State Building | 102 West Water Street | 114 E. Market Street |
| 820 N. French Street | Dover, DE 19901 | Georgetown, DE 19947 |
| Wilmington, DE 19801 | Criminal Division (302) 739-4211 | (302) 856-5352 |
| Criminal Division (302) 577-8500 | Fax: (302) 739-6727 | Fax: (302) 856-5369 |
| Fax: (302) 577-2496 | Civil Division (302) 739-7641 | TTY: (302) 856-2500 |
| Civil Division (302) 577-8400 | Fax: (302) 739-7652 | |
| Fax: (302) 577-6630 | TTY: (302) 739-1545 | |
| TTY: (302) 577-5783 | | |

PLEASE REPLY TO:    [New Castle County-Civil Division]

January 17, 2007

Ms. Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904

    RE:    **Berry v. Division of Child Support**
               C.A. No. 06-217- GMS

Dear Ms. Berry:

    On October 29, 2006, you requested an extension of time in order to respond to defendant's discovery. While you request has been pending, three months have passed and I have not received any discovery responses from you. The discovery cut-off in this case is March 2, 2007, and I need your responses to proceed with this case.

    Please have your responses to me by January 26, 2007. If you have any questions, please contact me at (302) 577-8324. Thank you for your cooperation.

                                   Very truly yours,

                                   /s/ Marc P. Niedzielski
                                   Deputy Attorney General

    Cc:    Clerk of the U.S. District Court