# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE D. BERRY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-217-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF CHILD SUPPORT, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF DEPOSITION

TO:  Jacqueline D. Berry
    20 Hickory Lane
    Dover, DE 19904

**PLEASE TAKE NOTICE** that the undersigned will take the oral deposition of Jacqueline D. Berry on <u>Wednesday, February 28, 2007</u> at 1:00 p.m. in the office of the undersigned located at the Carvel State Office Building, 820 N. French Street, 6th Floor, Wilmington, DE 19801.  The depositions will be taken before a Notary Public or some other officer duly authorized by law to administer oaths.  The deposition will be recorded stenographically.

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendant

Dated: February 15, 2007

cc: Wilcox and Fetzer

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACQUELINE D. BERRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 06-217-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DIVISION OF CHILD SUPPORT, | : |
| | : |
| Defendant. | : |

**CERTIFICATE OF MAILING AND/OR DELIVERY**

The undersigned certifies that on February 15, 2007 he caused the attached Notice of Deposition to be filed with the Clerk of Court using CM/ECF and which will be delivered to the following person postage prepaid via First Class Mail:

NAME AND ADDRESS OF RECIPIENT(S):

Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)577-8400
Attorney for Defendant