# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICE OF DELAWARE

**JACQUELINE D. BERRY,**
Plaintiff,

v :C.A.No.06-217-GMS

**STATE OF DELAWARE, DIVISION OF CHILD SUPPORT**
Defendant

**Plaintiff Motion for Protective Order**



    Plaintiff is requesting that the court grant the Motion for Protective Order based on Defendants request for financial records, employment applications, and medical history and other discovery requests to be excessive and not relevant to the case.

    Plaintiff is requesting from the court to be excused from complying with these requests.

_____<br>
Jacqueline D. Berry<br>
Plaintiff

## NOTICE OF SERVICE

The undersigned certified that on March 9, 2007 he caused two (2) copies of attached documents be served on the following person by U.S. Mail.

| State of Delaware Department of Justice<br>Marc P. Niedzielski, I.D. # 2616<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St. 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>Attorney for Defendant | |

Plaintiff
Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904