# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICE OF DELAWARE

**JACQUELINE D. BERRY,**
Plaintiff,

v                                :C.A.No.06-217-GMS

**STATE OF DELAWARE, DIVISION OF CHILD SUPPORT**
Defendant

**Plaintiff Motion to Oppose**



BD Scanned

    Plaintiff is opposing Defendants motion for an extension based on Defendants request for financial records, employment applications, and medical history and other discovery requests to be excessive and not relevant to the case.

    Plaintiff is requesting from the court to deny Defendants request for an extension.

Jacqueline D. Berry
Plaintiff

## NOTICE OF SERVICE

The undersigned certified that on March 9, 2007 he caused two (2) copies of attached documents be served on the following person by U.S. Mail.

| State of Delaware Department of Justice<br>Marc P. Niedzielski, I.D. # 2616<br>Deputy Attorney General<br>Carvel State Office Building<br>820 N. French St. 6th Floor<br>Wilmington, DE 19801<br>(302) 577-8400<br>Attorney for Defendant | |

Plaintiff _____
Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904

