# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

JACQUELINE D. BERRY,                    :

                                                             :

              Plaintiff,                    :

                                                             :

v.                                                            :            C.A.No. 06-217-GMS

                                                             :

STATE OF DELAWARE,                    :

DIVISION OF CHILD SUPPORT,    :

            Defendant.                    :



FILED

APR – 5 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

BD scanned

## RESPONSE TO INTERROGATORIES

1.    Identify by name, address, and telephone numbers all persons with

knowledge of the facts as to each allegation as set out in your complaint(s)

an identify those persons that have been interviewed on your behalf and as

to the interview, state: the date, the location, the subject matter and any

documents discussed, identified or provided by that person.

Answer:      An interview has not been conducted, but named parties are witnesses that can attest to the alleged allegations against Plaintiff in regards to the claim of race discrimination , retaliation, and failure to promote plaintiff.

Nicole Waters
552 Janvier Dr.
Millbranch, Delaware 19709
(302) 376-9325 H
(302) 395-5180 W


Nancy Santana
212 Barnwell Lane
Newark, Delaware 19702
(302) 463-6907 H
(910) 907-7042 W

Tomika Lester
28 Printz Drive
Bear,Delaware 19701
302-392-0115 H
302-229-7605 cell
302-326-6024 ex 18 W

Calvin Parson
10 Hibiscus Road
Frenchtown Woods
Newark,Delaware 19702
302-525-0462 H
302-250-1168 cell

Earnie Eggleston
Hampton Walk Apts
# 117 Carvel Ave.
New Castle,Delaware 19720
302-325-3377 H
302-326-6024 ex 215 W

2.    Identify each and all documents or other items of evidence that you

intend to use in this lawsuit, for any purpose, including, but not limited to

cross-examination, during any pretrial or trial proceedings:

Answer:

See attached exhibits

SENT FEDERAL EXPRESS & HARD COPY OF RESPONSE TO INTERROGATORIES

3.    For each allegations you are presenting in this matter, state with

particularity and specify (please provide the complete details including

dates, times, and locations) the complete factual basis for each allegation

and identify all persons having knowledge as well as each and all

documents or other items of evidence in your possession that relate to

each claim.

Answer:

12/31/2003: Ms Annand yelled at me for requesting time off on 01/02/04 to take

my daughter to a requested Dr appt with a specialist as request was made by her

treating physician due to recent results from performed tests related to my

daughters medical condition covered under FMLA,due to the severity of my

daughters condition and the requested procedures as stated by her doctor to

treat I knew that I would need a full day to achieve all that was requested by her

doctor,MS Annand denied me of request to attend appt per my doctors request

by not offering entire day off as I had requested as well suggesting for me to

reschedule my daughters appt to another day ,due that my daughters doctor had

called in a specialist and this was the expected day of such treating doctor  to be

at her office  another day or time was not feasible for immediate and necessary

treatment,this was exlplained to Ms Annand but was rejected with denial of
request.


,a negative response.see Exhibit #1 Tomika Lester /Nicole Waters witness
incident with Ms Annand .      $exhibit$ # 1

10/28/03 7:50 am-I went to Ms Annands office to request attendance at CPR
training Ms Annand started yelling at me pointing her finger stating due to my
excessive absences she is not going to apporve any more training request mad
eby me,she was rude in stating "you are always out due to your daughter being
sick,educational leave,compassionate leave and problems with your
period(menstrual cycle"),I felt violated and intimidated by the offensive
statements made by MS.Annand due that her office door was open when such
incident occurred disclosing sensitive confidential information in the work
site.Nicole Waters can witness this incident that occuered.

11/13/03 –Darlene Jackson came to my work site stating MS Annand wanted to
meet with me in her office ,MS Annand did not send e-mail or make effort to
contact me via my tele as I was available at my desks.I promptly went to MS
Annand office for such requested meeting were she began to rudely yell at me as

well point her finger stating she has been informed that my daughters doctor has
made a request for me to transfer to Kent Co office due to my daughters medical
condition,she stated this was not going to happen due I was hired by DCSE as a
Child Support Specialist to work in CSU unit and stated there are currently no
available positions in Kent office,I was caught by surprise due I had received such
request by fax to my worksite to be transfered by my daughters doctor but this
information had not been given to MS Annand or even discussed with her,I
replied back to Ms Annand that I choose not to discuss such matter with her until
I followup with my daughters doctor as to the nature of request as well this
information had not been disclosed to Ms Annand,I later found out that my past
team leader Calvin Parson had sent a e-mail to Ms Annand of our conversation in
parking lot of DSCE of such info received and he felt I needed her assistance with
dealing with such.Ms Annand then went on to say that she had a compliant
(written ) from a client of rude services as I took her call,this compliant  contained
several negative comments ,after listening to compliant as read by Ms Annand

I asked to listen to the recorded call as well I denied such comments as were
stated made by me by such client,Ms Annand replied back by stating she did not
have a recorded call  and then stated that was when she was random selecting
calls to record and stating all she needed was this written compliant as proof of such.

See exhibit #2  #3 #4 #5 #6

CONT/ Question #3

QUESTION #3 : ON 07/10/04 A CONTACT WAS MADE TO LATANYA WARREN RE CK# 178622 ISSUED,PER DEDUCTIONS MEDICAL AND DENTAL WERE PAID BUT EMPLOYER CALLED COVENTRY ON OR ABOUT 02/2005 AND HAD MEDICAL BILLS WHICH HAD BEEN PD TWICE TO REVERSE CHARGES STATING I FAILED TO MAKE PREMIUM IN A TIMERLY MATTER LEAVINH ME WITH A OUTSTANDING DEBT OF OVER $9,0000 DOLLARS I WAS REPEATLY REFERED BY LATANYA WARREN TO MAKE CONTACT TO INC CARRIER RE OBTAINING STATUS OF SUCH COVERAGE AND WAS INFORMED THAT NO PREMIUMS WERE CURRENTY NEEEDED AND THER WAS NO BREAK IN COVERAGE BUT FOR SOME UNFORSEEN REASON HR/DCSE HAS PAYMENTS REVERSED,MRS WARREN MADE STMT THAT IF BENEFITD WERE DEDUCTED FROM THIS STATED CK THEN AUGUST MEDICALWAS COVERED AS WELL STATING THER WAS NO BREAK IN BENEFITS..SEE EXBIT # 7 , 8 , 9 , 10

ON 08/15/05 4:15 PM A CALL WAS MADE TO LATANYA WARREN HR REP/DCSE RE MY VERBAL RESINATION AND PROCEDURE RE REPAYMENT OF DISABILITY BENEFIT PER MRS WARREN SHE WAS GOING TO DISCUSS CONCERN WITH HER SUPERVISOR STATING SITUATION RE ANY REPAYMENT OF MONIED FRON AN EMPLOYEE NOT RETURNING TO AGENCY HAS NEVER OCCURRED,STATING EMPLOYEE HAS ALWAYS RETURNED TO WORK AND REINVERSEMENT WAS DEDUCTED FROM THEIR WAGES AND STATED SHE WOULD RETURN CALL BACK IN 48 HRS,08/16/05 CALLED MRS WARREN MESS LFT,08/19/05 CALED MRS WARREN MESS WAS LFT,08/22/05 CALLED MRS WARREN SPOKE WITH CINDI STARR WHO INFORMED MRS.WARREN WAS NO LONGER WITH HR.

08/23/05 12:33 PM KATHY GIBSON CALLED ME TO ADRESS CONCERN OF MEDICAL,I INFORMED OF REQUEST RE DOUBLE DEDUCTIONS TO COVER STATED PREMIUMS NEEDED,BUT I WAS INFORMED MY REQUEST WAS NOT RELATED TO PREDIUMS DUE FORÁNY AND ALL MONTHS AS THIS WAS CONCERN AND TOPIC OF CONVERSATION WITH LATANYA WARREN HR REP,PER MRS WARREN MY REQUEST WAS PROCESSED BUT MS GIBSON AND SPO FELT OTHERWISE AS STATED. SEE EXBIT #

07/15/04 11:00 AM I CALLED LORETTA BRASE DCSE LABOR RELATIONS AFTER SPEAKING WITH GREG CHAMBERS STATE EEOC REP TO ADDRESS CONCERN OF MS ANNAND YELLING AT ME AND REPEATLY POINTING HER FINGER IN MY FACE WHEN ADRESSING CONCERNS,MS BRASE LISTEN TO MY CONCERNS BUT WAS MORE ATTENTIVE RE WANTING TO KNOW IF I HAD CONTACTED THE STATE EEOC AS WELL THE FEDERAL EEOC RE MY COMPLIANT,I REPLIED THAT TO DATE THIS HAS NOT HAPPEN BUT WAS BEING CONSIDERED,MS BRASE HAS DENIED THIS CONTACT TO HER AS I WAS INFORMED,BUT ON SAME DAY 07/15/04 DIANE WALTERS DCSE SOCIAL SERVICE ADMINSTRATOR AND MS ANNANDS SUPERVISOR CONTACTED ME ASKING HOW I WAS DOING AND STATED SHE HAS JUST FINISH TALKING WITH LORETTA BRASE AND SHE WOULD MEET WITH ME WHEN I RETURN TO WORK TO ADDRESS MY CONCERNS.

02/25/05 CONTACT TO KENT GENERAL BAY HEALTH,I SPOKE WITH REPÑICOLE WHO INFORMED DATE OF SERVICE 08/02/04 HAD BEEN PD BY COVENTRY,BUT WAS REVERSED ON 09/07/04,PAID AGAIN ON 09/07/04 BY CARRIER AND THEN AGAIN PAYMENT WAS REVERSED ON 02/25/05,SEVERAL CONTACTS TO HR REP LATANYA WARREN WERE NOT HELPFUL AS SHE ALWAYS MADE BASELESS EXCUSES OF WHY THIS HAPPEN SHE COULD NOT FIND A BREAK IN COVERAGE,PROVIDE ME WITH INCORRECT

*CONT QUESTION #3*

INFORMATION RE THE CORRECT AMOUNT OF MONTHLY PREMIUMS IF ANY WERE DUE,AND REPEATLY REFERED ME TO COVENTRY TO OBTAIN STATUS OF SUCH BENEFIT BUT WHEN INC CARRIER GAVE ME INFO OF BENEFIT PYMT STATING COVERAGE WAS NEVER TERMINATED AND NO PREMIUMS WERE DUE DCSE/HR INFORMED THAT IT WAS MY FAULT THE CORRECT INFO WAS GIVEN NOT CONSIDERING THEY WOULD ALWAYS REFER ME TO CARRIER TO OBTAIN SUCH INFO AND THEN AFTER CAREFUL RESEARCH BY MY SELF IT WAS FOUND THAT SOMEONE FRONHR/DCSE HAD MADE A CONTACT TO COVENTRY AND REQUESTED FOR SUCH MEDICAL COVERAGE AFTER 7 MONTHS TO BE TERMINATED FOR 08/01/04 AND REQUESTED PYMTS TO SERVICE PROVIDERS TO BE REVERSED.

10/20/03 FRIST REQUEST MADE BY MY DAUGHTERS DOCTOR TO FOR ME TO BE TRANSFERRED TO KENT CO OFFICE THIS WAS DISCUSSED WITH MS ANNAND AND WAS DENIED AND NEVER FOLLOWED THROUGH. MS ANNAD YELLED AT ME STATING THIS WOULD NEVER HAPPEN AS WELL STATING I WAS HIRED TO WORK ONLY IN THE CSU AT DCSE,STATING THERE ARE NO AVAILABLE POSITIONS IN KENT CO,BUT ON OR ABOUT 12/2003 DEBRA FLORA WHO IS WHITE WAS MOVED TO THE KENT CO. OFFICE FROM SUSSEX CO. WITHOUT THIS POSITION BEING POSTED OR ALLOWING OTHER EMPLOYEES OF DCSE THE OPPORTUNITY TO APPLY AND BE CONSIDERED FOR SUCH POSITION,NO ONE IN DCSE HAD KNOWLEDGE OF SUCH POSITION BEING AVAILABLE,AS MRS FLORAS MOTHER WAS ONCE EMPLOYED IN THE KENT CO. OFFICE AS A SUPERVISOR. AGAIN ANOTHER POSITION BECAME AVAILABLE I N THE KENT CO. OFFICE AND WAS NEVER POSTED NOT ALLOWING DCSE STAFF TO APPLY AND BE CONSIDERED AGAIN,KATHLEEN JOHNSON FROM SUSSEX CO.OFFICE WAS PLACED IN KENT CO. OFFICE.I WAS NOT GIVEN OPPORTUNITY TO APPLY OR WAS I CONSIDERD FOR SUCH POSITIN$ EVEN THOUGH I HAD MADE REQUEST TO DCSE VERBALLY AS WELL MY DAUGHTERS DOCTOR WRITTEN REQUEST TO BE MOVED CLOSER TO DOVER TO SUPPORT THE TREATMET PLAN OF MY DAUGHTERS MEDICAL DISABILITY. IT WAS NOT UNTIL MY DAUGHTER DOCTOR SENT WRITTEN REQUEST TO CHUCK HAYWARD/DCSE DIRECTOR AND VINCENT MACONI SECRETARY OF STATE OF DELAWARE THAT DCSE DECIDED TO CONSIDER ADRESSING CONCERN OF REPEATED REQUEST MADE BY MY DAUGHTERS DOCTOR FOR ME TO BE TRANSFERED TO THE KENT CO. OFFICE WRITTEN NOTICE WAS SENT TO SECRETARY OF STATE OFFICE ON OR ABOUT 03/24/04, AND ON 04/12/04 I WAS CALLED INTO A MEETING WITH DIANE WALTERS AND BRENDA ANNAND TO ADRESS CONCERN OF SUCH WRITTEN NOTICE RECEIVED,THIS MEETING RESULTED IN ME PROVIDED WITH BASELESS EXCUSES AS TO WHY I COULD NOT BE TRANSFER TO KENT CO. WHICH I ACCEPTED BUT HAVING KNOWLEDGE AND KNOWING OF SEVERAL WHITE EMPLOYEES HAD MADE REQUEST TO BE TRANSFERRED TO OTHER COUNTIES AND WERE PROMPTLY GRANTED SUCH AS DARLENE JACKSON FROM NC CSU BACK TO SUSSEX CO., DEBRA FLORA FROM SUSSEX CO. TO KENT CO., ROSE ROBINO FROM SUSSEX CO. TO NC CO. AS WELL SEVERAL WHITES EMPLOYESS WHO MADE REQUEST TO OTHER UNITS IN DCSE FROM CSU WERE GRANTED SUCH TAMMY HALTER,LYNN GALLOWAY,PAUL BRNOZOWSKI,ELAINE DANIELS SUCH EMPLOYES WERE TRANSFERRED OR UPGRADED RE THE CAREER LADDER OUT OF CSU WHICH IS SUPERVISED BY BRENDA ANNAND,OTHER EMPLOYES WHO REMAIN IN CSU BUT SOMEHOW OBTAINED THE NECESSARY TRAINING TO BE PROMETED ARE SANDY ROSSI,BETH ORNDUFF,AND KATHY MATHENA.IN CSU      *Exhibit # 8, 9, 10, 11, 12, 13, 14*
*15, 16, 17, 18*
01/20/05: I RECEIVED A TELE FROM LATANYA WARREN AT MY RESIDENCE AT APPROXIMATLY 5:00 PM WELL AFTER AGENCY BUSINESS HOURS OF OPERATION REQUESTING OF ME TO WRITE A REQUEST OF

*Cont Question #3*

EXPECTIONS OF WHAT I WANT AGENCY TO DO FOR ME AS FAR AS EMPLOYMENT WAS CONCERNED ,I DRAFTED A LETTER TO HR ATTN LANTYA WARREN STATING TO HAVE MY DUTIES IN CSU MODIFIED TO ADHERE TO DOCTORS CERTIFICATION OF LIMITATIONS,AND IF THIS COULD NOT BE DONE I HAD REQUESTED TO BE PLACED IN ANOTHER UNIT AT DCSE OR BE PROVIDED WITH ASSISTANCE FROM HR TO BE TRANSFERRED TO ANOTHER AGENCY WITHIN DHSS OF EQUAL POSITION STATUS,THIS DOCUMENT WAS FAXED TO MRS WARREN FROM THE KENT CO. CHILD SUPPORT OFFICE BY SUPERVISOR VALENCIA SUDLER 01/21/05.

05/03/05: 9:30 am  BRENDA ANNAND CAME TO DCSE MAIL BOX STATION TO RETRIVE HER MAIIL AND TO GIVE ME AN AGREEMENT OF RESPONSIBILITY ADDENDUM "A" ,I HANDED HER A LEAVE SLIP TO REQUEST THURSDAY 05/05/O5 OFF OF THIS SAME WEEK DUE TO NEEDING THIS TIME TO SIGN PERSONAL DOCUMENTS RELATED TO MY SONS COLLEGE LOANS OUT OF STATE,I HAD PREVIOUS REQUESTED AND WAS APPORVED TO HAVE 05/06/05 DUE TO ATTENDANCE OF MY SONS GRADUATION FROM COLLEGE OUT OF STATE OFF BUT NEEDED ADDITIONAL TIME AS WELL TO SIGN DOCUMENTS,MS ANNAND SNATCHED THE LEAVE SLIP FROM ME STATING WHAT IS THIS!! AND WENT ON TO SAY YOU ALREADY HAVE TIME OFF WHY DO YOU NEED MORE!!! AS WELL STATING ADVANCE NOTICE WAS NOT SUFFICENT ENOUGH FOR LEAVE TO BE GRANTED,I WAS CURRENTLY IN ACCNTG UNIT FOR ALT DUTY TEMP ASSIGNMENT,NATSHA DIXON EX EMPLOYEE OF DCSE WITNESS THIS OCCURANCE,MS ANNAND PROCEDED TO YELL AT ME AS WELL MAKING THREATING HAND MOTIONS BY POINTING HER FINGER IN MY FACE AND SUDDEN TURNED AND WALKED AWAY WITH NO EXPLANATION AS TO WETHER SHE WAS GOING TO ACCEPT MY LEAVE REQUEST,I RETURNED TO MY DESK IN ACCNTG UNIT AND PROCEDED WITH MY DAILY DUTIES,PER END OF BUSINESS DAY I WENT TO MS ANNAND OFFICE HOPING SHE HAD CALM DOWN WITH HER TEMPER AND WE COULD FUTHER DISCUSS REQUEST BUT AND SHE WAS GONE FOR THE DAY,I SHARED AND ADRESS CONCERN WITH MRS STACY SAYLOR SUPERVISOR IN CSU OF WHAT HAD HAPPEN AS WELL WANTING TO KNOW IF MY LEAVE REQUEST HAD BEN GRANTED,PER MRS SAYLOR MS ANNAND HAD NOT SIGNED THE LEAVE SLIP REQUEST AS OF YET.

05/18/05 2:30 PM,I HAD MEETING WITH BRENDA ANNAND RE DISCUSSING PERFORMACE REVIEW DATED 05/18/06 THIS REVIEW CONTAINED NEGATIVE STATEMENTS RELATED TO MY ALT DUTY ASSIGNMENT IN THE ACCNTG UNIT INFO OBTAINED FROM MARY SHOWARD SUPERVISOR IN UNIT WHO I WORKED UNDER,I WAS ACCUSED OF MAKING NEGATIVE INAPPROPRIATE COMMENTS TO NCPS RE THE ADMINISRATIVE HEARINGS PROCESS AS WELL ACCUSED OF SUBMITTING LEAVE REQUEST TO MS SHOWARD AS WELL,MS ANNAND SHARED THIS INFO OFF A MEMO PREPARED BY MS SHOWARD NOT ON AGENCY LETTER HEAD,MS ANNAND WAS VERY RUDE BY YELLING AND POINTING HER FINGER AT ME IN A AGGRESSIVE AND HOSTILE MANNER, I DENIED ALL FALSE AND NEGATIVE COMPLIANTS IN THIS REVIEW AND REFUSED TO SIGN SUCH DOUCMENT, MS ANNAD BECAM UPSET DUE TO ME NOT WANTING TO SIGN DOCUMENT BY SLAMMING PAPERS I HER HAND ON HER DESK AND CONTINUED TO YELL AY ME ACCUSING ME OF THESE FALSE COMPLIANTS. SEE EXBIT #

05/18/05 3:45 PM I RETURN TO THE ACCNTG UNIT AND WENT TO MS SHOWARDS OFFICE AND ASK TO SPEAK WITH HER RE PERFORMACE REVIEW JUST GIVEN BY MS ANNAND,I WANTED TO KNOW BY MS SHOWARD WHY WAS I NOT INFORMED OF SUCH COMPLAINTS AND IF I WAS NOT PERFORMING MY DUTIES IN HER UNIT AS EXPECTED WHY WAS I NOT INFORMED AS WELL SO A CORRECTIVE ACTION PLAN

*Cont Question #3*

COULD HAVE BE DONE OR ANY NECESSARY TRAINING COULD HAVE BEEN PROVIDED AS I WAS NOT PROVIDED WITH TRAINING TO PERFORM SUCH DUTIES IT WAS JUST EXPLAINED AS TO WHAT WAS EXPECTED OF ME TO DO,MS SHOWARD JUST GAVE ME A RESPONSE TO STATE THAT SHE WAS UNDER DIRECTIVE BY DIANE WALTERS AND BRENDA ANNAND CSU SUPERVISORS THAT IF SHE HAD ANY CONCERNS WITH MY PERFORMACE IN HER UNIT THAT I WAS NOT TO BE INFORMED BUT TO MAKE REPORT TO EITHER ONE OF THEM. PER REQUEST OF COPY OF SUCH MEMEO PREPARED BY MS SHOWARD USED IN MY PERFORMACE REVIEW IT WAS DENIED BY DIANE WALTERS AND BRENDA ANNAND TO PROVIDE ME WITH REQUESTED INFO. SEE EXIBT #

04/01/04 I WAS GIVEN A PERFORMACE REVIEW BY BRENDA ANNAND THIS REVIEW CONTAINED NEGATIVE FALSE COMMENTS BY A CLIENT AND CO WORKERS TAMMY HALTER AND NORMA CHURCH CLIENT WROTE STM OF NEGATIVE COMMENTS MADE BY ME DURING ASSISTING HER CALL,AS WELL MS HALTER STATED I SENT A UNECESSARY E-MAIL TO HER RE CONTACTING A CLIENT RE MEDICAL SUPPORT,MS NORMA CHURCH STATED SHE RECEIVED A COMPLIANT FROM AN OUTA STATE WORKER OF MY RUDE STATEMENTS TO HER WHEN CALLLING TO DE CHILD SUPPORT,I HAD OPPURTINTY TO REVIEW CALL FOR CLIENT RE MEDICAL SUPPORT CONCERN WITH MS ANNAND IN WHICH I ADMIT I DID SEND E-MAIL TO MS HALTER TO RETURN CALL TO CLIENT TO ADDRESS CONCERN AS I FELT THIS WAS NEEDED NOT TO EXPECT THAT DUE I FELT THERE WAS A NEED FOR WORKER OF THIS CASE TO MAKE CONTACT TO CLIENT AND EXPLAIN THE MEDICAL SUPPORT PROCESS I DID NOT KNOW THIS WOULD HAVE CAUSED ME TO BE WROTE UP FOR AS WELL HAVE IT EFFECT MY PERFORMACE REVIEW RATING,I WAS ACCUSED OF TERMINATING A CALL ON A CLIENT WHEN MS ANNAND AS WELL MYSELF AND OTHER STAFF IN CSU KNEW CSU HAS HAD TELE DIFFCULTIES WITH THE MALFUNCTION OF UNIT PHONE SYSTEM WHERE YOU MAY BE TALKING TO AN INDIVIDUAL ON THE PHONE AND CALL WILL SUDDEN TERMINATE DURING THE CONVERSATION LEAVING SITUATION TO BELIEVE WETHER YOU TRULY HUNG UP ON CALLER ,IF THE CALLER HUNG UP ON YOU, OR IF TERMINATED CALL WAS A RESULT OF MALFUNCTION PROBLEM IN CSU ,I ADVISED MS ANNAND THAT I DID NOT HANG UP ON SUCH CALLER BUT SHE WAS PERSISTENT IN NOT WANTING TO HEAR WHAT I HAD TO SAY SHE BEGAN TO RAISE HER VOICE TONE AT ME AND SLAM PAPERS ON HER DESKS IN A HOSTILE MATTER ,A CORRECTIVE ACTION PLAN WAS PUT IN PLACE BY MS ANNAND RE MY PERFORMANCE BUT WAS NEVER COMPLIED WITH BY MS ANNAND.SEE EXBIT #

uch compliant. No witness to incident due this was done behind closed doors .

01/06/04 3:55 pm MS Annand came to my desks to give back pink copies of leave

slip dated  01/02/04 she rudely  by pointing her finger in my face started to

elaborate on my daughters doctor request for me to be transfer to Kent Co

stating you know this is not going to happen and informing she as well had sent

my FMLA recertification documents to human resource to be processed and

ending by stating we will finish this discussion tomorrow .Tomica Lester witness

this incident as it occurred.

4.    Identify in chronological order all health care providers (e.g. doctors,

dentists, physicians, surgeons, therapists, etc.) that have treated or

examined you in the last 20 years and provide the dates of service or

treatment, the nature of any treatment or examination and the result of

each treatment.

Answer:CN.MRI 1074 SOUTH STATE STREET DOVER ,DELAWARE 19901 302-

678-8100:treatment for anxiety due to work related situation of working in

a hostile work environment.

Dr.Ashok Patel 1055 S. Bradford Street Dover Delaware 302-674-

1818:treatment related to hypertension  /OBGYN ASSOCIATES 540

Governors Ave Dover,De 19904 302-674-0223:treatment is personal

confidential related to my FMLA disability

First State Orthopedics Dr Evan Crain Medical Arts Pavilion Ste 225 4745

Ogletown-Stanton Road Newark Delaware 19713-1304. objection :to all

other health providers due information is irrelevant and has no bearning on

this case.

5.    State and identify by names of parties, court or administrative body and

case number all lawsuits or legal proceedings, at law or equity, of any

nature in which you were a party and the disposition of that matter.

Answer:

U. S. Equal Employment Opportunity Commission
Philadelphia District Office
The Bourse
21 S. Fifth Street, Suite 400
Philadelphia, PA 19106-2515
Charge No. 170-2005-00401
Disposition: Dismissal and Notice of Suit Rights
December 28, 2005

Objection : other requested information is irrelevant and have no bearing

on this case/compliant

6.    Identify by name, address, phone number, location, date and persons

present, all individuals that have been interviewed by you in connection

· with this matter and whether any documents or memorandum were

prepared relating to that interview.

Answer:

No interviews have been conducted

✓

7.    Identify each and all photographs, videotapes, audiotapes or any other

form of recording media that relate to this matter, and state the time, date,

location and manner that such were made as well as the names of all

individuals that have the originals or copies.

Answer: Charge of discrimination # 170-2005-01720 filed with U.S.EEOC

Philadelphia District Office 06/03/05 by Nancy Santana,Ms Santana has

original documents.

 Compliant filed with the Industrial Accident Board State of Delaware, IAB #

1257126 by Calvin Parson against  Division of Child Support  Employer on or

about yr 2004,hearing was held 03/24/2005 @1:00 pm. In the Wilmington

De  Carvel Bldg 820 North French Street ,2nd floor.To best of my knowledge

Nancy Santa and myself have copies of the orginal transcript related to this

hearing.

8.    State and describe all physical or mental impairments that you have and

the nature of any accommodations that would be required for you to

perform your former position with the Division of Child Support. Please

include the name(s), address and telephone number of health care

professional(s) that has diagnosed the impairment and/or treated you for

the same, and provide the source your information on any required

accommodations.

Answer:

No repetive use of hands as per treating physician Dr. Crain First State

Orthopaedics  Ste 225& 238  4745 Ogeletown-Stanton Road

Newark,De.19713  302-731-2888 , I can work full duty with limitations of

hand use and modification of previous duties, a job change was repeatedly

recommended as well referral to voc-rehab by treating physcian. To

perform my former duties at Child Support  in CSU a properly working

headset would be needed to reduce complaints of clients stating I am

yelling at them or being rude  related to my voice tone of not being able to

hear caller clearly , proper working telephone system were calls are not

sudden terminated while talking to callers and you are then accused of

hanging  up on them, as well limitation to computer use re consistent

keying  as CSU duties is consistent keying,to have been  placed in another

area unit within the agency  were I had less repetitive  use of my hands as

well  more control of duties performed with my hands would have been

sufficient to perform a full days work schedule at DCSE, And  finally  to have

been provided opportunity  to work under  a supervisor who you do not

feel  intimidated  or threaten by and treats all employees in unit

reguardless of color of skin or national origin with the same respect.

9.    State and describe by gross amount and source all funds provided to you

since 2000 and include the dates you first starting receiving such funds and

the reasons the funds are provided to you. (e.g. salary, PIP benefits or

disability payments)

Answer:

Worker's Compensation benefits on behalf of the State of Delaware, as well

disability in 2005 a short period in which  I was forced  by DCSE to  sign up

for, due to employer refusing to  accommodate my limitations which would

have allowed me to return to work at full duty. or compensate earnings

/wages related to workmans comp benefit due to limitations as stated by

my treating doctor.Disability claim was denied as I had expected. Objection:

to any other received income, it is irrelevant to this case/compliant.


10.    State and describe any efforts you have undertaken to seek or gain

employment or other source of remuneration since leaving Division of Child

Support.

Answer:

I have Sought employment with other employers and was

employed,currently I am not employed.

11.    Describe the Division of Child Support employment policy regarding

persons with disabilities and discrimination based on age, gender, race or

disability.

Answer:

Division of Child Support has no policy, but the State of Delaware Merit System

does.

12.   Regarding your employment history, list in chronological order the

names of all your employers, location of the job, position or duties of

position and inclusive periods of such employment to the present time.

Answer: Division of Child Support State of NC 09/01/05-09/25/06 Child

Support Agent II duties was enforcement of child support

08/2000 Division of Child Support Enforcement  State of Delaware :Child Support
08/2005
Special I

2004 Dover Downs  Casino Dover De.: cage cashier  PT

Objection: to all other requested employers/ periods they are irrelevant and have

no bearing on this case/compliant.

13.    List in chronological order al of your formal education.  Please include

the name and address of each educational institution or school, the dates

of your attendance and the degree(s) awarded.

Answer:

Delaware State University Dover Delaware 1976-2004( no degree to date )

Wilmington College Dover, De 08/2006-12/2006 (no degree to date pt
                                    09
attending)

Dover High School Dover ,De 1971-1975  (diploma)

Kent Vo-tech Woodside ,De 1971-1975(certificate of completion)

14.    State and describe the circumstances of the termination of your

employment with the Division of Child Support.

<u>Answer:</u>

I was not terminated I resigned my position effective on or about August of

2005 via telephone call to Latonya Warren, Human Resource

Representative for Division of Child Support.  In October 2005, Plaintiff

received notification to return to work from the Division of Child Support

Enforcement signed by Dianne Waters, Social Services Administrator. Due

to no response by Plaintiff, notice was received that I was dismissed.

Reason of dismissal was not clearly stated in the letter sent to my attorney.

Plaintiff received a copy of the dismissal notice from her Worker's

Compensation Attorney, Cassandra Roberts, as Plaintiff was never provided

with copy of notice of dismissal from Defendant.

15.   If you are presently employed, please provide a detailed description of
      your daily work duties and how they differ (if they differ) from your daily
      work duties when you were employed with the Division of Child Support.

      Answer:

      Plaintiff is currently unemployed as a result of resignation of last employer

      effective September 25, 2006 due to family illness. As far as work duties,

      while employed with Division of Child Support Enforcement in North

      Carolina, there were limitations to the repetitive use of my hands. My

      duties consisted of more personal contact and phone contact with clientele

      within the office in regards to the enforcement of child support and

      medical support.  Plaintiff attended court hearings, and processed legal

      documents as well income withholdings, maintained case notes and

      confidential case records.  The difference of working in North Carolina

      versus working with Delaware Division of Child Support is that my

      supervisor in North Carolina was fair, professional when addressing

      concerns with her employees. I was not yelled at or threatened by pointing

      her finger in my face when addressing concerns. My performance review

      was not threatened due to the unforeseen absences. If I made a mistake as

a result of learning and performing my job duties, I was not threatened with disciplinary actions or a negative performance review. I was instructed on how to correctly handle the situation in a professional manner. I was not retaliated against, humiliated or insulted in front of coworkers. I was not accused of baseless complaints from clientele and my supervisor took the initiative to handle any irate or hostile clientele. All employees were treated in the same manner regardless of the race or national origin. Overall, I was treated with respect and was given a fair rated performance review.

Jacqueline D. Berry
20 Hickory Lane
Dover, Delaware 19904
(302) 399-8613

DATED:   January 25, 2007

## NOTICE OF SERVICE

The undersigned certified that on January 25, 2007, she caused two (2) copies

of the Response to the Defendant's 1st Set of Interrogatories to be served on the

following person by Federal Express:

## NAME AND ADDRESS OF RECIPIENT(S):

| | |
|---|---|
| STATE OF DELAWARE | United States District Court |
| DEPARTMENT OF JUSTICE | 844 N. King Street, Lockbox 18 |
| Marc P. Niedzielski, I.D. #2616 | Wilmington, DE 19801 |
| Deputy Attorney General | Via U.S. Mail |
| Carvel State Office Building | |
| 820 N. French Street, 6th floor | |
| Wilmington, DE 19801 | |
| (302) 577-8400 | |
| Attorney for Defendant | |
| via Federal Express | |
| | |
| response to interrogatories faxed to attorney | |
| | |
| for defendant  to # 302-577-6630 on | |
| | |
| 01/26/2007,hard copies and exhibits sent | |
| | |
| federal express | |

CONT/

QUESTION # 2 : ON 07/10/04 A CONTACT WAS MADE TO LATANYA WARREN RE CK# 178622 ISSUED ,PER DEDUCTIONS OF MEDICAL AND DENTAL WERE PAID BUT EMPLOYER CALLED COVENTRY ON OR ABOUT 02/ 25/2005 AND FOUND OUT MEDICAL BILLS WHICH HAD BEEN PD TWICE PAYMENT WAS REVERSE BY CARRIE PER REQUEST OF SOMEONE I N HR PER CARRIER STATING I FAILED TO MAKE NECESSARY PREMIUM PAYMENTGIN A TIMERLY MATTER LEAVING ME WITH A OUTSTANDING DEBT OF OVER $9,0000 DOLLARS AND NO MEDICAL COVERAGE, I WAS REPEATLY REFERED BY LATANYA WARREN TO MAKE CONTACT TO INC CARRIER RE OBTAINING STATUS OF SUCH COVERAGE AND WAS INFORMED THAT NO PREMIUMS WERE CURRENTY NEEDED AND THERE WAS NO BREAK IN COVERAGE AT ALL UP UNTIL 02/2005 PER REQUEST OF HR, BUT FOR SOME UNFORSEEN REASON HR/DCSE HAS PAYMENTS REVERSED,MRS WARREN MADE STMT THAT IF BENEFITS WERE DEDUCTED FROM THIS STATED CK THEN AUGUST MEDICAL WAS COVERED AS WELL STATING THER WAS NO BREAK IN BENEFITS..SEE EXHIBIT #

ON 08/15/05 4:15 PM A CALL WAS MADE TO LATANYA WARREN HR REP/DCSE RE MY VERBAL RESINATION AND PROCEDURE RE REPAYMENT OF DISABILITY BENEFIT PER MRS WARREN SHE WAS GOING TO DISCUSS CONCERN WITH HER SUPERVISOR STATING SITUATION RE ANY REPAYMENT OF MONIES FROM AN EMPLOYEE NOT RETURNING TO AGENCY HAS NEVER OCCURED,STATING EMPLOYEE HAS ALWAYS RETURNED TO WORK AND REINVERSEMENT WAS DEDUCTED FROM THEIR WAGES UPON RETURN AND STATED SHE WOULD RETURN CALL BACK IN 48 HRS,08/16/05 CALLED MRS WARREN MESS LFT,08/19/05 CALED MRS WARREN MESS WAS LFT,08/22/05 CALLED MRS WARREN SPOKE WITH CINDI STARR HR REP WHO INFORMED MRS.WARREN WAS NO LONGER EMPLOYED WITH HR.

08/23/05 12:33 PM KATHY GIBSON CALLED ME TO ADRESS CONCERN OF MEDICAL,I INFORMED OF REQUEST RE DOUBLE DEDUCTIONS TO COVER STATED PREMIUMS NEEDED,BUT I WAS INFORMED MY REQUEST WAS NOT RELATED TO PREDIUMS DUE FORANY AND ALL MONTHS AS THIS WAS CONCERN AND TOPIC OF CONVERSATION WITH LATANYA WARREN HR REP,PER MRS WARREN MY REQUEST WAS PROCESSED BUT MS GIBSON AND SPO FELT OTHERWISE AS STATED. SEE EXBIT #

07/15/04 11:00 AM I CALLED LORETTA BRASE DCSE LABOR RELATIONS AFTER SPEAKING WITH GREG CHAMBERS STATE EEOC REP TO ADDRESS CONCERN OF MS ANNAND YELLING AT ME AND REPEATLY POINTING HER FINGER IN MY FACE WHEN ADRESSING CONCERNS,MS BRASE LISTEN TO MY CONCERNS BUT WAS MORE ATTENTIVE RE WANTING TO KNOW IF I HAD CONTACTED THE STATE EEOC AS WELL THE FEDERAL EEOC RE MY COMPLIANT,I REPLIED THAT TO DATE THIS HAS NOT HAPPEN BUT WAS BEING CONSIDERED,MS BRASE HAS DENIED THIS CONTACT TO HER AS I WAS INFORMED,BUT ON SAME DAY 07/15/04 DIANE WALTERS DCSE SOCIAL SERVICE ADMINSTRATOR AND MS ANNANDS SUPERVISOR CONTACTED ME ASKING HOW I WAS DOING AND STATED SHE HAS JUST FINISH TALKING WITH LORETTA BRASE AND SHE WOULD MEET WITH ME WHEN I RETURN TO WORK TO ADDRESS MY CONCERNS.

02/25/05 CONTACT TO KENT GENERAL BAY HEALTH,I SPOKE WITH REPNICOLE WHO INFORMED DATE OF SERVICE 08/02/04 HAD BEEN PD BY COVENTRY,BUT WAS REVERSED ON 09/07/04,PAID AGAIN ON 09/07/04 BY CARRIER AND THEN AGAIN PAYMENT WAS REVERSED ON 02/25/05,SEVERAL CONTACTS TO HR REP LATANYA WARREN WERE NOT HELPFUL AS SHE ALWAYS MADE BASELESS EXCUSES OF WHY

THIS HAPPEN SHE COULD NOT FIND A BREAK IN COVERAGE,PROVIDE ME WITH INCORRECT INFORMATION RE THE CORRECT AMOUNT OF MONTHLY PREMIUMS IF ANY WERE DUE,AND REPEATLY REFERED ME TO COVENTRY TO OBTAIN STATUS OF SUCH BENEFIT BUT WHEN INC CARRIER GAVE ME INFO OF BENEFIT PYMT STATING COVERAGE WAS NEVER TERMINATED AND NO PREMIUMS WERE DUE DCSE/HR INFORMED THAT IT WAS MY FAULT THE CORRECT INFO WAS GIVEN NOT CONSIDERING THEY WOULD ALWAYS REFER ME TO CARRIER TO OBTAIN SUCH INFO AND THEN AFTER CAREFUL RESEARCH BY MY SELF IT WAS FOUND THAT SOMEONE FRON HR/DCSE HAD MADE A CONTACT TO COVENTRY AND REQUESTED FOR SUCH MEDICAL COVERAGE AFTER 7 MONTHS TO BE TERMINATED FOR 08/01/04 AND REQUESTED PYMTS TO SERVICE PROVIDERS TO BE REVERSED.

10/20/03 FRIST REQUEST MADE BY MY DAUGHTERS DOCTOR TO FOR ME TO BE TRANSFERRED TO KENT CO OFFICE THIS WAS DISCUSSED WITH MS ANNAND AND WAS DENIED AND NEVER FOLLOWED THROUGH. MS ANNAD YELLED AT ME STATING THIS WOULD NEVER HAPPEN AS WELL STATING I WAS HIRED TO WORK ONLY IN THE CSU AT DCSE,STATING THERE ARE NO AVAILABLE POSITIONS IN KENT CO,BUT ON OR ABOUT 12/2003 DEBRA FLORA WHO IS WHITE WAS MOVED TO THE KENT CO. OFFICE FROM SUSSEX CO. WITHOUT THIS POSITION BEING POSTED OR ALLOWING OTHER EMPLOYEES OF DCSE THE OPPORTUNITY TO APPLY AND BE CONSIDERED FOR SUCH POSITION,NO ONE IN DCSE HAD KNOWLEDGE OF SUCH POSITION BEING AVAILABLE,AS MRS FLORAS MOTHER WAS ONCE EMPLOYED IN THE KENT CO. OFFICE AS A SUPERVISOR. AGAIN ANOTHER POSITION BECAME AVAILABLE I N THE KENT CO. OFFICE AND WAS NEVER POSTED NOT ALLOWING DCSE STAFF TO APPLY AND BE CONSIDERED AGAIN,KATHLEEN JOHNSON FROM SUSSEX CO.OFFICE WAS PLACED IN KENT CO. OFFICE.I WAS NOT GIVEN OPPORTUNITY TO APPLY OR WAS I CONSIDERD FOR SUCH POSITINS EVEN THOUGH I HAD MADE REQUEST TO DCSE VERBALLY AS WELL MY DAUGHTERS DOCTOR WRITTEN REQUEST TO BE MOVED CLOSER TO DOVER TO SUPPORT THE TREATMET PLAN OF MY DAUGHTERS MEDICAL DISABILITY. IT WAS NOT UNTIL MY DAUGHTER DOCTOR SENT WRITTEN REQUEST TO CHUCK HAYWARD/DCSE DIRECTOR AND VINCENT MACONI SECRETARY OF STATE OF DELAWARE THAT DCSE DECIDED TO CONSIDER ADRESSING CONCERN OF REPEATED REQUEST MADE BY MY DAUGHTERS DOCTOR FOR ME TO BE TRANSFERED TO THE KENT CO. OFFICE WRITTEN NOTICE WAS SENT TO SECRETARY OF STATE OFFICE ON OR ABOUT 03/24/04, AND ON 04/12/04 I WAS CALLED INTO A MEETING WITH DIANE WALTERS AND BRENDA ANNAND TO ADRESS CONCERN OF SUCH WRITTEN NOTICE RECEIVED,THIS MEETING RESULTED IN ME PROVIDED WITH BASELESS EXCUSES AS TO WHY I COULD NOT BE TRANSFER TO KENT CO. WHICH I ACCEPTED BUT HAVING KNOWLEDGE AND KNOWING OF SEVERAL WHITE EMPLOYEES HAD MADE REQUEST TO BE TRANSFERRED TO OTHER COUNTIES AND WERE PROMPTLY GRANTED SUCH AS DARLENE JACKSON FROM NC CSU BACK TO SUSSEX CO., DEBRA FLORA FROM SUSSEX CO. TO KENT CO., ROSE ROBINO FROM SUSSEX CO. TO NC CO. AS WELL SEVERAL WHITES EMPLOYESS WHO MADE REQUEST TO OTHER UNITS IN DCSE FROM CSU WERE GRANTED SUCH TAMMY HALTER,LYNN GALLOWAY,PAUL BRNOZOWSKI,ELAINE DANIELS SUCH EMPLOYES WERE TRANSFERRED OR UPGRADED RE THE CAREER LADDER OUT OF CSU WHICH IS SUPERVISED BY BRENDA ANNAND,OTHER EMPLOYES WHO REMAIN IN CSU BUT SOMEHOW OBTAINED THE NECESSARY TRAINING TO BE PROMETED ARE SANDY ROSSI,BETH ORNDUFF,AND KATHY MATHENA.IN CSU

01/20/05: I RECEIVED A TELE FROM LATANYA WARREN AT MY RESIDENCE AT APPROXIMATLY 5:00 PM WELL AFTER AGENCY BUSINESS HOURS OF OPERATION REQUESTING OF ME TO WRITE A REQUEST OF EXPECTIONS OF WHAT I WANT AGENCY TO DO FOR ME AS FAR AS EMPLOYMENT WAS CONCERNED ,I DRAFTED A LETTER TO HR ATTN LANTYA WARREN STATING TO HAVE MY DUTIES IN CSU MODIFIED TO ADHERE TO DOCTORS CERTIFICATION OF LIMITATIONS,AND IF THIS COULD NOT BE DONE I HAD REQUESTED TO BE PLACED IN ANOTHER UNIT AT DCSE OR BE PROVIDED WITH ASSISTANCE FROM HR TO BE TRANSFERRED TO ANOTHER AGENCY WITHIN DHSS OF EQUAL POSITION STATUS,THIS DOCUMENT WAS FAXED TO MRS WARREN FROM THE KENT CO. CHILD SUPPORT OFFICE BY SUPERVISOR VALENCIA SUDLER 01/21/05.

05/03/05: 9:30 am  BRENDA ANNAND CAME TO DCSE MAIL BOX STATION TO RETRIVE HER MAIIL AND TO GIVE ME AN AGREEMENT OF RESPONSIBILITY ADDENDUM "A" ,I HANDED HER A LEAVE SLIP TO REQUEST THURSDAY 05/05/O5 OFF OF THIS SAME WEEK DUE TO NEEDING THIS TIME TO SIGN PERSONAL DOCUMENTS RELATED TO MY SONS COLLEGE LOANS OUT OF STATE,I HAD PREVIOUS REQUESTED AND WAS APPORVED TO HAVE 05/06/05 DUE TO ATTENDANCE OF MY SONS GRADUATION FROM COLLEGE OUT OF STATE OFF BUT NEEDED ADDITIONAL TIME AS WELL TO SIGN DOCUMENTS,MS ANNAND SNATCHED THE LEAVE SLIP FROM ME STATING WHAT IS THIS!! AND WENT ON TO SAY YOU ALREADY HAVE TIME OFF WHY DO YOU NEED MORE!!! AS WELL STATING ADVANCE NOTICE WAS NOT SUFFICENT ENOUGH FOR LEAVE TO BE GRANTED,I WAS CURRENTLY IN ACCNTG UNIT FOR ALT DUTY TEMP ASSIGNMENT,NATSHA DIXON EX EMPLOYEE OF DCSE WITNESS THIS OCCURANCE,MS ANNAND PROCEDED TO YELL AT ME AS WELL MAKING THREATING HAND MOTIONS BY POINTING HER FINGER IN MY FACE AND SUDDEN TURNED AND WALKED AWAY WITH NO EXPLANATION AS TO WETHER SHE WAS GOING TO ACCEPT MY LEAVE REQUEST,I RETURNED TO MY DESK IN ACCNTG UNIT AND PROCEDED WITH MY DAILY DUTIES,PER END OF BUSINESS DAY I WENT TO MS ANNAND OFFICE HOPING SHE HAD CALM DOWN WITH HER TEMPER AND WE COULD FUTHER DISCUSS REQUEST BUT AND SHE WAS GONE FOR THE DAY,I SHARED AND ADRESS CONCERN WITH MRS STACY SAYLOR SUPERVISOR IN CSU OF WHAT HAD HAPPEN AS WELL WANTING TO KNOW IF MY LEAVE REQUEST HAD BEN GRANTED,PER MRS SAYLOR MS ANNAND HAD NOT SIGNED THE LEAVE SLIP REQUEST AS OF YET.

05/18/05 2:30 PM I HAD MEETING WITH BRENDA ANNAND RE DISCUSSING PERFORMACE REVIEW DATED 05/18/06 THIS REVIEW CONTAINED NEGATIVE STATEMENTS RELATED TO MY ALT DUTY ASSIGNMENT IN THE ACCNTG UNIT INFO OBTAINED FROM MARY SHOWARD SUPERVISOR IN UNIT WHO I WORKED UNDER,I WAS ACCUSED OF MAKING NEGATIVE INAPPROPRIATE COMMENTS TO NCPS RE THE ADMINISRATIVE HEARINGS PROCESS AS WELL ACCUSED OF SUBMITTING LEAVE REQUEST TO MS SHOWARD AS WELL,MS ANNAND SHARED THIS INFO OFF A MEMO PREPARED BY MS SHOWARD NOT ON AGENCY LETTER HEAD,MS ANNAND WAS VERY RUDE BY YELLING AND POINTING HER FINGER AT ME IN A AGGRESSIVE AND HOSTILE MANNER, I DENIED ALL FALSE AND NEGATIVE COMPLIANTS IN THIS REVIEW AND REFUSED TO SIGN SUCH DOUCMENT, MS ANNAD BECAM UPSET DUE TO ME NOT WANTING TO SIGN DOCUMENT BY SLAMMING PAPERS I HER HAND ON HER DESK AND CONTINUED TO YELL AY ME ACCUSING ME OF THESE FALSE COMPLIANTS. SEE EXBIT #

05/18/05 3:45 PM I RETURN TO THE ACCNTG UNIT AND WENT TO MS SHOWARDS OFFICE AND ASK TO SPEAK WITH HER RE PERFORMACE REVIEW JUST GIVEN BY MS ANNAND,I WANTED TO KNOW BY MS

SHOWARD WHY WAS I NOT INFORMED OF SUCH COMPLAINTS AND IF I WAS NOT PERFORMING MY
DUTIES IN HER UNIT AS EXPECTED WHY WAS I NOT INFORMED AS WELL SO A CORRECTIVE ACTION PLAN
COULD HAVE BE DONE OR ANY NECESSARY TRAINING COULD HAVE BEEN PROVIDED AS I WAS NOT
PROVIDED WITH TRAINING TO PERFORM SUCH DUTIES IT WAS JUST EXPLAINED AS TO WHAT WAS
EXPECTED OF ME TO DO,MS SHOWARD JUST GAVE ME A RESPONSE TO STATE THAT SHE WAS UNDER
DIRECTIVE BY DIANE WALTERS AND BRENDA ANNAND CSU SUPERVISORS THAT IF SHE HAD ANY
CONCERNS WITH MY PERFORMACE IN HER UNIT THAT I WAS NOT TO BE INFORMED BUT TO MAKE
REPORT TO EITHER ONE OF THEM. PER REQUEST OF COPY OF SUCH MEMEO PREPARED BY MS
SHOWARD USED IN MY PERFORMACE REVIEW IT WAS DENIED BY DIANE WALTERS AND BRENDA
ANNAND TO PROVIDE ME WITH REQUESTED INFO. SEE EXIBT #

04/01/04 I WAS GIVEN A PERFORMACE REVIEW BY BRENDA ANNAND THIS REVIEW CONTAINED
NEGATIVE FALSE COMMENTS BY A CLIENT AND CO WORKERS TAMMY HALTER AND NORMA CHURCH
CLIENT WROTE STM OF NEGATIVE COMMENTS MADE BY ME DURING ASSISTING HER CALL,AS WELL MS
HALTER STATED I SENT A UNECESSARY E-MAIL TO HER RE CONTACTING A CLIENT RE MEDICAL
SUPPORT,MS NORMA CHURCH STATED SHE RECEIVED A COMPLIANT FROM AN OUTA STATE WORKER
OF MY RUDE STATEMENTS TO HER WHEN CALLLING TO DE CHILD SUPPORT,I HAD OPPURTINTY TO
REVIEW CALL FOR CLIENT RE MEDICAL SUPPORT CONCERN WITH MS ANNAND IN WHICH I ADMIT I DID
SEND E-MAIL TO MS HALTER TO RETURN CALL TO CLIENT TO ADDRESS CONCERN AS I FELT THIS WAS
NEEDED NOT TO EXPECT THAT DUE I FELT THERE WAS A NEED FOR WORKER OF THIS CASE TO MAKE
CONTACT TO CLIENT AND EXPLAIN THE MEDICAL SUPPORT PROCESS I DID NOT KNOW THIS WOULD
HAVE CAUSED ME TO BE WROTE UP FOR AS WELL HAVE IT EFFECT MY PERFORMACE REVIEW RATING,I
WAS ACCUSED OF TERMINATING A CALL ON A CLIENT WHEN MS ANNAND AS WELL MYSELF AND OTHER
STAFF IN CSU KNEW CSU HAS HAD TELE DIFFCULTIES WITH THE MALFUNCTION OF UNIT PHONE SYSTEM
WHERE YOU MAY BE TALKING TO AN INDIVIDUAL ON THE PHONE AND CALL WILL SUDDEN TERMINATE
DURING THE CONVERSATION LEAVING SITUATION TO BELIEVE WETHER YOU TRULY HUNG UP ON
CALLER ,IF THE CALLER HUNG UP ON YOU, OR IF TERMINATED CALL WAS A RESULT OF MALFUNCTION
PROBLEM IN CSU ,I ADVISED MS ANNAND THAT I DID NOT HANG UP ON SUCH CALLER BUT SHE WAS
PERSISTENT IN NOT WANTING TO HEAR WHAT I HAD TO SAY SHE BEGAN TO RAISE HER VOICE TONE AT
ME AND SLAM PAPERS ON HER DESKS IN A HOSTILE MATTER ,A CORRECTIVE ACTION PLAN WAS PUT IN
PLACE BY MS ANNAND RE MY PERFORMANCE BUT WAS NEVER COMPLIED WITH BY MS ANNAND.SEE
EXBIT #

Cont question #3

On 04/07/04 Ms Annand sent e-mail to me related to my response to Performance Review given 04/01/04,per Ms Aannand she stated I informed her of a training that she had no knowledge of which was not true and allowing me to work on my response between calls which was not offered,(time between calls taken is 1 minute to be exact before next call comes in to que) which would only allow you time in many cases to complete your case note related to the call taken , not allowable time to concentrate or work on any response to a Performance Review ,and making a negative comment remark included in e-mail as to say my response to her Review given was not going to change her rating on Review ,such comments as these are not necessary to get your point across to an employee as a supervisor, as well this e-mail goes to show Ms Annand is not creditable as to what she says and with her e-mail battles to select staff she includes such comments that appear to be of negative nature or threaten content .see exhibit #

03/21/05-I was falsely accused by Ms . Annand of requesting time off as well submitting leave request slips to Ms Showard supervisor in Accntg unit of my Alt Duty assignment .exhibit #

On or about 08/02/02 I accepted a lateral agency transfer from Sussex Co Child Support office back to NC Co Child Support to same position of Child Support Specialist I employer demoted my salary for no reason and when Hr rep Alice Bailey and Latanya Warren were contacted on several occasions and ask for assistance to get problem corrected this never happen, employer refused to compensate wages due as a result of this situation, this was addressed at mediation Hearning held at the Dept of Labor with Loretta Brase and Midge Holland as well reversement of medical pymts, per Ms Brase she states she had no knowledge of such situations and would address with HR reps re corrections to be made,this never occurred. Exhibit

On or about 02/08/05 my personal items began to purposely be removed from my desk, as some items were locked inside my desk in which management only has key to have access(my supervisor) items removed contained confidential documentation related to incidents and situations in reguard to the retaliation and discrimination acts produced by Ms Annand at the work site, it was my log of incidents when as they happen and who could witness such incidents, as well on or about 05/04/05 my computer hard drive and monitor were removed from my desk in CSU,I was assigned to the accntg unit re alt duty assignment when this occurred ,when I ask staff persons Hugh Jackson and Paul Newman in computer lan dept of DCSE whereabouts of such items they responded and stated they did not know ,again on 05/11/05 such items were placed back on my desk in CSU, per check of my computer several information had been deleted as I tried to retrieve them and I was told by Hugh Jackson that items had been used for a training even though DCSE has a computer lab with several computers which are used for trainings as well there were several available stations in CSU due to need of staff hire and staff transfer to other dept that could have been used, as this was a baseless excuse of why such items were removed from my desks ,by doing such DCSE tampered with evidence which limited my ability in providing info to produce burden of proof, Tomeka Lester, Marjorie Lindsay –Marion and ex employee Natasha Dixon can witness such occurred Exhibit #

01/07/05  8:00 am I reported back to work in CSU per doctors certificated dated 01/06/05,such info had been faxed to attn B.Annand and Chuck Hayward by First State Orthopaedics  on 01/06/05 which contained limitations related to current job duties ,I was not acknowledge at all by DCSE OR Human Resource Dept  as to status of honoring info received from my doctor ,I  perform normal duties of repetitive keying  and use of hands up until I  experience severe complications to continue doing what I  *Was* instructed not  to do by Dr.Crain my treating doctor, I then sent an e-mail addressing concern of honoring doctors clinical update to DCSE and Human Resource Dept at 3:10 pm,I received response from e-mail sent from Brenda Annand on or about 3:50 pm  01/07/05 to come to her office,upon arrival MS Annand  began to rudely state by yelling at me that I had not return requested info re alternate duty request from as she states DCSE had requested from me as well a return to work slip which was not true to the best of my ability no such info prior to me returning  to work was made by DCSE,and if this were the case why was I allowed to come to work and perform duties all day as instructed not to do by my doctor, MS Annand  started slamming papers on her desk in a hostile way  making negative statement as to say to me that her daughter was going to lose her job as a result of this due she has to stay behind and discuss this mess with me and present documents. I was provided with a memo that stated I could not return to work until alternate duty  form was complete and returned to DCSE,I leave work at 4:00 pm. Memo hand deliver by Brenda Annand  as instructed by DCSE and Human Resource to do so per Ms Annand .exhibit #