IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE D. BERRY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A.No. 06-217-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF CHILD SUPPORT, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Defendant hereby moves this Court to enter summary judgment in its favor pursuant to Rule 56, for the reasons set forth in its brief.

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

/s/ Marc P. Niedzielski
Marc P. Niedzielski (#2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8324
Attorney for Defendant

DATED: May 2, 2007

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 06-217-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DIVISION OF CHILD SUPPORT, | : |
| | : |
| Defendant. | : |

## **O R D E R**

**IT IS SO ORDERED This _____ day of _____, 2007**

    that the defendant's motion for summary judgment is GRANTED and JUDGMENT is entered in its favor and against the plaintiff.

_____
U.S.D.J.

**IN THE UNITED STATES DISTRICT COURT**
**IN AND FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| JACQUELINE D. BERRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : C.A.No. 06-217-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DIVISION OF CHILD SUPPORT, | : |
| | : |
| Defendant. | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on May 2, 2007, he caused the attached document to be delivered to the following person postage prepaid via First Class Mail:

NAME AND ADDRESS OF RECIPIENT(S):

Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904

/s/ Marc P. Niedzielski
Marc P. Niedzielski, I.D. No. 2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302)577-8400
Attorney for Defendant