

**JOSEPH R. BIDEN, III**
ATTORNEY GENERAL

DEPARTMENT OF JUSTICE
NEW CASTLE COUNTY
820 NORTH FRENCH STREET
WILMINGTON, DELAWARE 19801

CRIMINAL DIVISION (302) 577-8500
FAX (302) 577-2496
CIVIL DIVISION (302) 577-8400
FAX (302) 577-6630
TTY (302) 577-5783

May 30, 2007

Clerk of the U.S. District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE 19801

      RE: **Berry v. State of Delaware**
            C.A. No. 06-217-GMS

Dear Clerk:

Please be advised that pursuant to LR 7.1.2, defendant is waiving its right to file a reply brief on its pending motion for summary judgment. Defendant is waiving a reply as the plaintiff has not filed an answering document.

If you have any questions, please contact me.

                        Very truly yours,

                        /s/ Marc P. Niedzielski
                        Marc P. Niedzielski
                        Deputy Attorney General

cc:    Ms. Jacqueline D. Berry