IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE D. BERRY | ) | |
| | ) | |
| *Pro Se* Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 06-217 GMS |
| | ) | |
| STATE OF DELAWARE, DIVISION OF CHILD SUPPORT | ) ) ) | |

## **ORDER**

WHEREAS, on May 2, 2007, the defendant filed a motion for summary judgment in the above-captioned matter (D.I. 24);

WHEREAS, the plaintiff's answer to the defendant's motion was due on May 21, 2007; and

WHEREAS, the court's docket reflects no answer or other response filed by the plaintiff.

IT IS HEREBY ORDERED that:

The plaintiff will answer the defendant's motion within ten (10) days of the date of this Order.

Dated: June 5, 2007          /s/ Gregory M. Sleet
                             UNITED STATES DISTRICT JUDGE