# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JACQUELINE D. BERRY,

        Plaintiff,

v.

                                         C.A.No. 06-217-GMS

STATE OF DELAWARE,
DIVISION OF CHILD SUPPORT,

        Defendant.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGEMENT

Plaintiff hereby moves this Court to enter summary judgment in its favor

Pursuant to Rule 56, for the reasons set forth in its brief.

                                                              Jacqueline D. Berry
                                                              20 Hickory Lane
                                                               Dover, DE 19904

DATED: June 15, 2007



FILED
JUN 19 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

JACQUELINE D. BERRY,          :
                              :
         Plaintiff,           :
                              :
    v.                        :    C.A.No. 06-217-GMS
                              :
                              :    Jury Trial Demand
STATE OF DELAWARE,            :
DIVISION OF CHILD SUPPORT,    :
                              :
         Defendant.           :

## ORDER

**IT IS SO ORDERED** This_____day of _____, 2007

  that the Plaintiff's motion for summary judgment is GRANTED and

JUDGMENT is entered in its favor and against the Defendant.

ORAL ARGUMENT IS
REQUIRED

_____
U.S.D.J.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | : |
| Plaintiff, | : |
| v. | : C.A.No. 06-217-GMS |
| STATE OF DELAWARE,<br>DIVISION OF CHILD SUPPORT, | : |
| Defendant. | : |

## CERTIFICATE OF MAILING AND/OR DELIVERY

The undersigned certifies that on June 15, 2007, she caused the attached document to be delivered to the following person postage prepaid via First Class Mail:

NAME AND ADDRESS OF RECIPIENTS(S):

/s/Marc P. Niedzielski
Marc P. Niedzielski, I.D. No.2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th Floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant

Office of the Clerk
United States District Court
844 N. King St. Lockbox 8
Wilmington, DE 19801-3570

Jacqueline Berry
20 Hickory Lane
Dover, DE 19904

Judge Gregory M. Sleet
**UNITED STATES DISTRICT COURT**
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

6/11/07
received



Mailed From 19801
06/08/2007
$00.41
049J82023030
US POSTAGE
Neopost

Jacqueline D. Berry
5018 Oak Pasture Lane
Charlotte, NC 28269

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY )<br>)<br>*Pro Se* Plaintiff )<br>)<br>v.     )<br>)<br>STATE OF DELAWARE, DIVISION )<br>OF CHILD SUPPORT )<br>) | Civil Action No. 06-217 GMS |

### ORDER

WHEREAS, on May 2, 2007, the defendant filed a motion for summary judgment in the above-captioned matter (D.I. 24);

WHEREAS, the plaintiff's answer to the defendant's motion was due on May 21, 2007; and

WHEREAS, the court's docket reflects no answer or other response filed by the plaintiff.

IT IS HEREBY ORDERED that:

The plaintiff will answer the defendant's motion within ten (10) days of the date of this Order.

Dated: June 5, 2007                     /s/ Gregory M. Sleet
                                        UNITED STATES DISTRICT JUDGE

CM/ECF LIVE - U.S. District Court:ded - Display Receipt                    Page 1 of :

```
MIME-Version:1.0
From:ded_nefreply@ded.uscourts.gov
To:ded_ecf@ded.uscourts.gov
Bcc:marc.niedzielski@state.de.us, Jennifer.Mitchell@state.de.us, gms_nef@ded.uscourts.gov
Message-Id:<397940@ded.uscourts.gov>
Subject:Activity in Case 1:06-cv-00217-GMS Berry v. State of DE Division of Child Support Order to Answer
Content-Type: text/html
```

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

### U.S. District Court

### District of Delaware

**Notice of Electronic Filing**

The following transaction was entered on 6/6/2007 at 8:44 AM EDT and filed on 6/5/2007
**Case Name:**       Berry v. State of DE Division of Child Support
**Case Number:**     1:06-cv-217
**Filer:**
**Document Number:** 27

**Docket Text:**
ORDER TO ANSWER re Jacqueline D. Berry. The plaintiff will answer the defendant's motion for summary judgment within ten (10) days of the date of this Order. Notice of Compliance deadline set for 6/15/2007. Signed by Judge Gregory M. Sleet on 6/5/2007. (asw)

**1:06-cv-217 Notice has been electronically mailed to:**
Marc P. Niedzielski marc.niedzielski@state.de.us, Jennifer.Mitchell@state.de.us

**1:06-cv-217 Notice has been delivered by other means to:**

Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1079733196 [Date=6/6/2007] [FileNumber=397938-0]
[9c7a14e8e80e95364981a8335bd525b787435d5540e35d63fc0e15b116c2c6f979ae7
e0d461a2967405ecfef262940f6d0c23a363b53741aa952f9d7ad6116fe]]

