IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY,<br>Plaintiff | )<br>)<br>)<br>) |
| v. | ) Civil Action No. 06-217-GMS<br>) |
| STATE OF DELAWRE DEPARTMENT OF<br>HEALTH AND SOCIAL SERVICES, DIVISION<br>OF CHILD SUPPORT ENFORCEMENT<br>Defendant. | )<br>)<br>)<br>) |

### Motion For Extension of Time

The plaintiff, Jacqueline D. Berry, hereby moves for an extension of time to respond to the defendant's motion to strike plaintiff's motion for Summary Judgment. dated July 5, 2007 and amended motion dated July 6, 2007. The reason for this extension is that the plaintiff's inability to seek legal counsel has hampered her capability and due to the lack of legal knowledge and plaintiff's probable inability without such assistance to prevent the facts and legal issues to the court. Plaintiff is requesting representation by counsel to be appointed due that plaintiff's claim has arguable merit in fact and law. Plaintiff finds that her complaint and allegations are of such complex nature that representation by counsel is requested at this time by the United States District Court. This request for extension is being made allowing plaintiff ample time to seek legal counsel.

DATE: July 16, 2007                             Plaintiff, JACQUELINE D. BERRY

Jacqueline D. Berry
20 Hickory Lane
Dover, Delaware 19904
302-399-8613

## Certification

Two copies of this Motion for Extension have been supplied to:

>Marc P. Niedzielski (#2616)
>Deputy Attorney General
>820 N. French Street, 6th Floor
>Wilmington, DE 19801
>(302) 577-8324
>Attorney for Defendant

hand delivered this day of July 16, 2007.

*[signature]*
Jacqueline D. Berry