

| | | |
|---|---|---|
| **JOSEPH R. BIDEN, III**<br>ATTORNEY GENERAL | **DEPARTMENT OF JUSTICE**<br>NEW CASTLE COUNTY<br>820 NORTH FRENCH STREET<br>WILMINGTON, DELAWARE 19801 | CRIMINAL DIVISION (302) 577-8500<br>FAX (302) 577-2496<br>CIVIL DIVISION (302) 577-8400<br>FAX (302) 577-6630<br>TTY (302) 577-5783 |

July 19, 2007

Clerk of the U.S. District Court
U.S. Courthouse
844 N. King Street
Wilmington, DE  19801

      RE:    **Berry v. State of Delaware**
               C.A. No. 06-217-GMS

Dear Clerk:

Please be advised that the defendant does not oppose plaintiff's motion (D.I. 31) for a reasonable extension of time to respond to our pending amended motion (D.I. 30).

As to plaintiff's application for the appointment of counsel, defendant has no position.

If you have any questions, please contact me.

                                    Very truly yours,

                                    /s/ Marc P. Niedzielski
                                    Marc P. Niedzielski
                                    Deputy Attorney General

cc:    Ms. Jacqueline D. Berry
       20 Hickory Lane
       Dover, DE  19904