IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE D. BERRY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-217-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF CHILD SUPPORT, | : | |
| | : | |
| Defendant. | : | |

## DEFENDANT'S MOTION TO EXTEND THE TIME FOR FILING

Defendant moves the Court to extend the time period to file a reply to plaintiff's Answering Brief. In support of this application, the following is shown:

1. On August 15, 2007, plaintiff through counsel filed An Answering Brief to defendant's motion for summary judgment. Under the Local Rules defendant's reply would be due in five days. However, defense counsel is schedule to be out of town from August 16 until August 27, 2007, and will be unable to draft and file a reply in accordance with the Local Rules.

2. Defense counsel requests that the time period for defendant's reply be extended until August 31, 2007. In accordance with LR 7.1.1, plaintiff's counsel was contacted by telephone on August 16, 2007, and has no objection to this extension.

- 2 -

Respectfully submitted,

**STATE OF DELAWARE**
**Department of Justice**

<u>/s/ Marc P. Niedzielski</u>
Marc P. Niedzielski (# 2616)
Deputy Attorney General
820 N. French Street, 6th Floor
Wilmington, DE  19801
(302)  577-8324
marc.niedzielski@state.de.us

DATED: August 16, 2007

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| JACQUELINE D. BERRY, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | C.A. No. 06-217-GMS |
| | : | |
| STATE OF DELAWARE, | : | |
| DIVISION OF CHILD SUPPORT, | : | |
| | : | |
| Defendant. | : | |

## **O R D E R**

**IT IS SO ORDERED this _____ day of _____, 2007**

that the defendant's motion to extend the time to file a reply is extended until August 31, 2007.

_____
Chief Judge of the United States District Court

- 4 -

## NOTICE OF SERVICE

The undersigned certifies that on August 16, 2007, he caused two (2) copies of the attached document be served on the following person by regular U.S. Mail:

**NAME AND ADDRESS OF RECIPIENT(S):**

| Daniel F. Tyrrell, Jr., Esquire<br>9 Terra Drive<br>New Castle, DE  19720 | |

STATE OF DELAWARE
DEPARTMENT OF JUSTICE

__/s/ Marc P. Niedzielski____
Marc P. Niedzielski, I.D. #2616
Deputy Attorney General
Carvel State Office Building
820 N. French Street, 6th floor
Wilmington, DE 19801
(302) 577-8400
Attorney for Defendant