Judge Gregory M. Sleet
UNITED STATES DISTRICT COURT
844 N. King Street, Lockbox 19
Wilmington, DE 19801-3570

OFFICIAL BUSINESS

U.S.M.S.
X-RAY

049J82023030
$00.580
04/01/2008
Mailed From 19801
US POSTAGE
neopost

NIXIE        197 DE 1        00 04/04/08

RETURN TO SENDER
ATTEMPTED NOT KNOWN
UNABLE TO FORWARD

BC: 19899001919     *1127-05929-01-42

19899@0019

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| JACQUELINE D. BERRY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | Civil Action No. 06-217 GMS |
| | ) | |
| STATE OF DELAWARE, DIVISION | ) | |
| OF CHILD SUPPORT, | ) | |
| | ) | |
| Defendant. | ) | |

**MEMORANDUM**

**I.     INTRODUCTION**

On March 31, 2006, Jacqueline D. Berry ("Berry") filed this employment discrimination suit *pro se* against the State of Delaware, Department of Health & Social Services, Division of Child Support Enforcement ("DCSE" or "the defendant"). (D.I. 1.) Berry brings claims under Title VII of the Civil Rights Act, 42 U.S.C. §§ 2000e *et seq*. ("Title VII"), the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq*., and the Americans with Disabilities Act, 42 U.S.C. §§ 12111-12117 ("ADA"). Berry, an African-American female, alleges that she was subjected to a hostile work environment, harassment, and retaliation by her then-supervisor. Berry also claims that she was denied reasonable accommodation for her disability. Finally, Berry alleges impermissible wage differences between men and women employed in Berry's former position at DSCE. Now before the court is the defendant's motion for summary judgment on all claims, the plaintiff's motions for a protective order and for summary judgment, and the defendant's