## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :    C.A.No. 06-217-GMS |
| | : |
| STATE OF DELAWARE, | : |
| DIVISION OF CHILD SUPPORT, | : |
| | : |
| Defendant. | : |

### NOTICE OF SERVICE

The undersigned certifies that on April 24, 2008, he caused a copy of the Court's April 1, 2008 order (D.I. 37) to be served on the following person via e-mail to the following address:

Jacqueline D. Berry
20 Hickory Lane
Dover, DE 19904
Jacqueline.Berry@state.de.us

        STATE OF DELAWARE
        DEPARTMENT OF JUSTICE

        /s/ Marc P. Niedzielski
        Marc P. Niedzielski, I.D. #2616
        Deputy Attorney General
        Carvel State Office Building
        820 N. French Street, 6th Floor
        Wilmington, DE 19801
        (302) 577-8400
        Attorney for Defendant