ORIGINAL

STATE OF DELAWARE

2008 APR 30 PM 2:25

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

JACQUELINE D. BERRY

v.

STATE of Delaware, Department of Health & Social Services, Division of CHILD SUPPORT

DISTRICT COURT DOCKET NUMBER: 1:06-CV-00217

DISTRICT COURT JUDGE: GMS

Notice is hereby given that JACQUELINE D. BERRY
(Named Party)
appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order, [X] Other (specify) Dated April 1st 2008 Memorandum

entered in this action on 04/30/2008.
(date)

DATED: 04/30/2008

_Jacqueline D. Berry_
(Counsel for Appellant-Signature)

JACQUELINE D. BERRY Pro Se
(Name of Counsel - Typed)

26 HICKORY LANE DOVER, DE 19904
(Address)

302-399-8613
(Telephone Number)

Sheila R. Hackett 4/29/08
SHEILA R. HACKETT
NOTARY PUBLIC
STATE OF ...
MY COMMISSION EXP... ...Y 31, 2011

Marc P. Niedzielski
(Counsel for Appellee)

820 N. French Street 6th Floor
(Address)
Wilmington, DE 19801

302-577-8400
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.