ORIGINAL

STATE OF DELAWARE

2008 APR 30 PM 2:25

# NOTICE OF APPEAL
## TO
## U.S. COURT OF APPEALS, THIRD CIRCUIT

**U.S. District Court for the District of Delaware**

CIRCUIT COURT
DOCKET NUMBER: _____
(leave blank)

**FULL CAPTION IN DISTRICT COURT AS FOLLOWS:**

JACQUELINE D. BERRY

DISTRICT COURT
DOCKET NUMBER: 1:06-CV-00217

v.

STATE of Delaware, Department of Health & Social Services, Division of CHILD Support

DISTRICT COURT JUDGE: GMS

Notice is hereby given that **JACQUELINE D. BERRY**
(Named Party)

appeals to the United States Court of Appeals for the Third Circuit from [ ] Judgment, [X] Order,

[X] Other (specify) Dated April 1st 2008 Memorandum

entered in this action on 04/30/2008
(date)

DATED: 04/30/2008

_Jacqueline D. Berry_
(Counsel for Appellant-Signature)

JACQUELINE D. BERRY Pro Se
(Name of Counsel - Typed)

26 HICKORY LANE DOVER, DE 19904
(Address)

302-399-8613
(Telephone Number)

Sheila R. Hackett 4/29/08
SHEILA R. HACKETT
NOTARY PUBLIC
STATE OF DE
MY COMMISSION EXP: ...Y 31, 2011

Marc P. Niedzielski
(Counsel for Appellee)

820 N. French Street 6th Floor
(Address)
Wilmington, DE 19801

302-577-8400
(Telephone Number)

**NOTE:** USE ADDITIONAL SHEETS if all appellants and/or all counsel for appellees cannot be listed on the Notice of Appeal sheet.

TPO issued 4/30/08 BL