IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-217-GMS |
| | ) |
| STATE OF DELAWARE DIVISION OF | ) |
| CHILD SUPPORT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 5th day of May, 2008, the Court having reviewed the plaintiff's application to proceed on appeal without prepayment of fees under 28 U.S.C. § 1915, and finding it deficient (D.I. 41);

IT IS ORDERED that:

The plaintiff shall, **within twenty-one days** from the date of this order, **either**: (1) fully complete responses to Question 2.a. (with the specific amount of take-home salary and pay period **or** with the actual annual income **and** the name and address of employer) and Question 4. (with the total amount of cash in checking or savings accounts) and return the application, **or** (2) pay in full the appellate filing fee.

**Failure to timely comply with this order may result in denial of the application to proceed on appeal without prepayment of fees.**

CHIEF UNITED STATES DISTRICT JUDGE

FILED
MAY - 5 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE