IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No. 06-217-GMS |
| | ) |
| STATE OF DELAWARE DIVISION OF | ) |
| CHILD SUPPORT, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 16th day of June, 2008,

IT IS ORDERED that:

The plaintiff's notice of appeal indicates that she proceeds *pro se*. (D.I. 40.) The Clerk of the Court shall cause a copy of this order and the order dated May 5, 2008 (D.I.42) to be mailed to Plaintiff at the address listed on her notice of appeal at 20 Hickory Lane, Dover, Delaware 19904. (*See* D.I. 40.). The Clerk of the Court is further directed to include the plaintiff's home address on the court's docket.

The plaintiff is given an extension of time, **of twenty-one days** from the date of this order, to comply with the May 5, 2008 order to provide complete information on her application to proceed on appeal without prepayment of fees.

**Failure to timely comply with this order may result in denial of the application to proceed on appeal without prepayment of fees.** (D.I. 41.)

_____
CHIEF, UNITED STATES DISTRICT JUDGE

FILED
JUN 16 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE