IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JACQUELINE D. BERRY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Civil Action No. 06-217-GMS ) |
| STATE OF DELAWARE DIVISION OF CHILD SUPPORT, | ) ) ) |
| Defendant. | ) |

### ORDER

At Wilmington this 8th day of July, 2008, the Court having considered the application to proceed without prepayment of fees on appeal under 28 U.S.C. § 1915, D.I. #40, filed on April 30, 2008;

IT IS ORDERED that:

1. The application is DENIED based on plaintiff's reported annual income of $28,522.00 (Motion and Supplemental Motion to proceed without prepayment of fees, D.I. #41 and D.I. #45)

2. The plaintiff shall pay the $455.00 filing fee within thirty days from the date this order is sent, or the appeal shall be dismissed.

United States District Judge

FILED
JUL -8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE