# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 08-2283

Berry v. State DE Div Child Support

(Del D.C. No. 1-06-cv-00217)

## O R D E R

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

*Marcia M. Waldron*

Marcia M. Waldron, Clerk

Dated: 30 September 2008

cc:

Marc P. Niedzielski
Ms. Jacqueline D. Berry

A True Copy:

*Marcia M. Waldron*

Marcia M. Waldron, Clerk